FILED
DEC - 4 2008
TERESA L. DEPPNER, CLERK
U.S. Dist. Court
Southern District of West Virginia

United States District Court
Southern District of West Virginia

E. Rochester, #171578  )  C/A No.: 2:08-1395
Pro Se - Petitioner,    )  Writ of Mandamus by
                        )  Admin. Proc. Act to Trans-
-vs-                    )  -fer Pro Se's Actions to a
H.M. Herlong, R.S. Carr, III F. )  Neutral Dist. & Judges
Floyd, State of S.C., U.S. Gov. )  §455 & §2106.
Et. Al., 1000 Defendants.       )

1. Pro Se moves to transfer his Actions to this District & neutral Judges by Rules §455 & 2106 & for Declaratory Judgt. 65-DSC & 59-DSC Fed. Rules, & by serious conflict exist here by 100 defs. threaten with death 9-1-04, 05/ Nov. 27, 05/ Jan. 27, 06/ 2-8-06, All Fed Judges here & President Bush, the Clintons, John Roberts U.S. Sup. Ct. Judge & 4 U.S. Attys., who refuse to recuse off Pro Se's writs & §1983, §1981 & tort filed upon them & will not allow Pro Se access to any state or fed. courts, nor access to new medicine, 10 lawyers, family, friends, Sheriffs, Solicitors, Etc., by having U.S. Marshals & U.S. Postal Ser. stopping, reading, destroying Pro Se's legal mails without a court order to do so & kept $5,000.00 in Postages or more. See: U.S. v. Moody, 977 F. 2d 1425 (11th Cir. 1992) all 11th Cir. Judges recused & case transfered to Minn. & neutral Judges); See: M.E.L. Corp. v. U.S., 151 F. 3d 1361 (Fed. Cir. 1998) (Right to impartial decision maker by due process of 5th Amend.)

2. Pro Se seeks for this neutral court in 4th Cir. Dist. to intervene into Pro Se's cases so he will not stay held in kidnapped status for defs., & Bush & U.S. Gov., who refuse to arrest or indict, but place notice 2-27-05 with SCDC & use SCDC as a secret prison to silent Pro Se.

1.

About B. Clinton calling J. Roberts to get him to call Pr. Reagan to send 2-FBI agents from Colo, S.C. to Seneca, S.C. where Prose lives, to find & kill a Ark. woman who saw Clinton kill Ark. woman before he became president 1985, & cover-op Prose's Uncle Marshal Roches to draw with Judge R. Kirk McMahon & 5 other Klan members out of 125 K.K. Klansman to shoot & kill President Kennedy 1963. Prose has tag number of 2-FBI agents & picture of shooter of Kennedy & 125 Klan members, Bush & others. Won't covered up, because Fed. Judges Traxler & Herlong & others in Greenville, S.C. were Klan members & businessmen were involved & Over Head Ben Lo. owes to.

3. Prose moves for hearing before This Court on he's held by 11-Forged warrants, 2-Juries planted, & 8 Jeopardy & 127 Constal. violations & said charges carried No sentence only a fine are nothing 81 & 83, had he did crimes & Oconee deputies kill 3 of Prose's writs before court to cover-up their drug operation & forging 1000's of Warrants unchecked, because Prose's case affects over One million persons, & half of SCDC prisoners held on forged writs & Indictments.

4. Prose moves Also to Reopen W-H-T-297-B924-21 AJ New 20-AJ & 2198-146-21AJ blocked by Defs. (all) Traxler, & Herlong for the F. Record-Trial action as Atty. involved in planting 2 Juries, They are Protecting here from Arrests & removal from Bench by a conspiracy long-time. There has never been a ruling, not hearing delivered on 127 Constal. issues by the Threaten Judges to stop their arrests to-

Last made 2-writs out of Prose's are Wit to pull off their conspiracy acts & Traxler ruled he wasn't allowing that many issues raised & dismissed writ 1-F6 April 13, 98. And put a Pre-filing review Misc No. 295-Mc-131 on civil suits not Writs, but Threaten Judges Are applying it illegally to Writs to

2.

stop ProSe's release so he can't expose them to news medias.

5. ProSe notes see C/A 2:07-2342-HMH-RSC / 2:08-3577-HMH / 2:08-3488-HMH / 2:08-3269-HMH / 2:08-2950-HMH / 2:08-3417-HMH / 2:08-3140-HMH / see 1:07-536-NCT & 1:07-502-NCT-WWD / 1:08-2488-WBH Atl. Ga. of Threaten Judges hearing ProSe's Writs & §1983 They are defs. in. Proof of Conspiracy toward ProSe & Cover ups of his issues & 41 murders & 69 beatings that disabled ProSe has a (ADA) ProSe & injured bodily from them 6-14-06 to Oct. 29, 08, with no medi-cares allowed. Nor will they allow ProSe access to the "Class Action" against SCDC-05-CP-40-2925 in Richland Judicial Court filed by Attys. Riley & Scarborough, & Judges & Gov. Sanford & Bush applying pressure. See; Atlantic Coast Line R. Co. v. Locomotive Engineers, 90 S.Ct. 1739 (1970) Fed. Ct. may intervene in State Ct. proceedings by injunction when justified), Lamb v. Principi, 284 F.3d 1378 (Fed. Cir. 2002) Petit. has clear right to mandamus by §1651. a (1994) & grants all Cts. to issue all Writs Act & by injunction against Judges), Biodiversity Legal Foundation v. Badsley, 284 F.3d 1046 (9th Cir. 2002) Fed. Ct. has Jurisd. to enter-tain Declaratory Judgt.), Hill v. U.S., 825 S.Ct. 1468 (1962) We state, habeas review is available to check viols. of constal. rights when a complete miscarriage of justice of denial of fair proceedings).

6. ProSe prays Court will start writ & waive costs & hear cases; Easterling v. American Opt. Corp., 529 F.3d 588 (W.VA. 2008) Jurisd. issues), U.S. v. Akinkoye, 185 F.3d 192 (4th Cir. 1999) 4th Amend. warrant viols.)

3)

Date Dec. 1, 2008,

Respectfully Submitted
Julian E. Rochester, 171572
Lieber C.I., SMU-149-B
P.O. Box 205
Ridgeville, S.C. 29472

4.